```
 1  DANIELLE L. OCHS, CA Bar No. 178677
    danielle.ochs@ogletreedeakins.com
 2  BECKI D. GRAHAM, CA Bar No. 238010
    becki.graham@ogletreedeakins.com
 3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
    Steuart Tower, Suite 1300
 4  One Market Plaza
    San Francisco, CA  94105
 5  Telephone:   415.442.4810
    Facsimile:    415.442.4870
 6
    Attorneys for Plaintiff
 7  TOPPAN PHOTOMASKS, INC.
```

RECEIVED 2013 JUL 18 A 9 23 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT

FILED 2013 JUL 18 A 9 23 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPPAN PHOTOMASKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEUN TAEK PARK, an individual, <br><br> Defendant. | Case No.  CV133323~~MEJ~~   MMC <br><br> ~~[PROPOSED]~~ TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED <br><br> Date: <br> Time: <br> Location: <br><br> Complaint Filed:  July 17, 2013 <br> Trial Date: <br> Judge:            ~~Hon. Maria Elena James~~ <br>                        Hon. Maxine M. Chesney |

Case No.:  CV 133323MEJ

[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED

| | |
|---|---|
| 1 | **[PROPOSED] TEMPORARY RESTRAINING ORDER** |
| 2 | Pursuant to Rule 65(b) of the Federal Rules of Civil Procedure and Local Rule 65-1, |
| 3 | Plaintiff's application for a temporary restraining order and an order to show cause why a |
| 4 | preliminary injunction should not issue came before this Court for consideration on |
| 5 | __July 18__, 2013 at __2:00 p.m.__.  Upon consideration of the application, |
| 6 | and for good cause shown: |
| 7 | IT IS HEREBY ORDERED as follows: |
| 8 | 1. The Court finds that Plaintiff Toppan Photomasks, Inc. ("Plaintiff" or "TPI") has |
| 9 | demonstrated a substantial likelihood of success on the merits of its claims against Defendant Keun |
| 10 | Taek Park ("Defendant" or "Park") for violation of the California Uniform Trade Secrets Act |
| 11 | based on his alleged acquistion of TPI's trade secerts and breach of contract in connection with his |
| 12 | alleged breach of multiple confidentiality agreements between the parties.  The Court further finds |
| 13 | that Plaintiff has demonstrated that, without an order from this Court, it will suffer irreparable harm |
| 14 | and that the balance of hardships strongly favors Plaintiff.  Accordingly, the Court finds that a |
| 15 | temporary restraining order and order to show cause why a preliminary injunction should not issue |
| 16 | are in the public interest. |
| 17 | 2. The Court HEREBY TEMPORARILY RESTRAINS, ENJOINS, and ORDERS |
| 18 | Defendant as follows: |
| 19 | a. Defendant is enjoined from accessing TPI's computer systems or networks; |
| 20 | b. Defendant is enjoined from possessing, using or disclosing any of TPI's confidential information and/or proprietary data related to its plasma creation and dry etching processes including but not limited to the information contained in the excel file entitled "work_daily tracking.xlsx" and the word file entitled "work_daily.doc", both of which were attached to an email dated November 29, 2012 sent from KT.Park@photomaks.com to parkindresden@yahoo.com with a subject line entitled "files" (hereinafter "Trade Secrets"); |
| 28 | c. Defendant is requried to account (through expedited discovery) for and |
1                                    Case No.:  CV 1333323MEJ
**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED**

return to TPI any and all of TPI's property, including its Trade Secrets obtained by Defendant from TPI;

d. ~~Defendant is requried to submit to an inspection of Defendant's personal and work email, servers, hard drives, computer(s), mobile devises, PDAs, USB drives and other computer equipment utilized by Defendant, including any hosted equipment, by a forensic expert to ensure that any of TPI's Trade Secrets do not exist on such devices;~~ and

e. Defendant must appear for his deposition within ~~10~~ 15 days of service of the Court's order on Defendant.

3. No security is required in this matter. There is no likelihood of harm to the defendant.

4. This Order and all supporting pleadings and papers shall be served upon Defendant by _____July 22_____, 2013.

### [~~PROPOSED~~] ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Defendant is hereby ordered to appear before the Court at __10:00 a.m.__ on __August 1__, 2013, to show cause why this order should not be extended until the conclusion of this litigation.

Dated: __July 19__, 2013

_____
JUDGE OF THE UNITED STATES DISTRICT COURT

15466069.1

2    Case No.: CV 1333323MEJ

[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED