1  DANIELLE L. OCHS, CA Bar No. 178677
   danielle.ochs@ogletreedeakins.com
2  BECKI D. GRAHAM, CA Bar No. 238010
   becki.graham@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   SteuartTower, Suite 1300
4  OneMarketPlaza
   San Francisco, CA94105
5  Telephone:   415.442.4810
   Facsimile:   415.442.4870
6
   Attorneys for Plaintiff
7  TOPPAN PHOTOMASKS, INC.

8

   MARC BERNSTEIN, CA Bar No. 145837
9  mbernstein@blgrp.com
   WILL FITTON, CA Bar No. 182818
10 wfitton@blgrp.com
   THE BERNSTEIN LAW GROUP. P.C.
11 555 Montgomery St., Suite 1650
   San Francisco, CA 94111
12 Telephone:   415.765.6633
   Facsimile:   415.283.4804
13
   Attorneys for Defendant
14 KEUN TAEK PARK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOPPAN PHOTOMASKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEUNTAEKPARK, an individual, <br><br> Defendant. | Case No.  CV-133323 MMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TEMPORARY RESTRAINING ORDER AND CONTINUE HEARING ON ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ISSUED** <br><br> Complaint Filed:  July 15, 2013 <br> Trial Date: <br> Judge:         Hon. Maxine M. Chesney |

## RECITALS

WHEREAS:

A. On July 17, 2013, Plaintiff Toppan Photomasks, Inc. ("Plaintiff" or "TPI") filed the above-captioned action against Defendant Keun Taek Park ("Defendant" or "Park") (collectively, the "Parties") for alleged violation of the California Uniform Trade Secrets Act based on his alleged acquisition of TPI's trade secrets, and breach of contract in connection with his alleged breach of multiple confidentiality agreements between the Parties.

B. On July 19, 2013, the Court issued a temporary restraining order ("TRO") and order to show cause why a preliminary injunction should not issue ("OSC") against Park on the grounds that TPI had demonstrated a substantial likelihood of success on the merits of its claims against Park. The Court further found that Plaintiff has demonstrated that, without an order from this Court, TPI will suffer irreparable harm, that the balance of hardships strongly favors TPI, and that issuance of a TRO and OSC were in the public interest.

C. The Court set an OSC preliminary injunction hearing for August 1, 2013.

D. The parties wish to extend the TRO and continue the OSC preliminary injunction hearing to August 30 at 9:00 a.m. (and agree to request that the Court so order) to allow Defendant's counsel to familiarize himself with the case and to allow the Parties time to explore the possibility of a stipulated preliminary injunction.

## STIPULATION

NOW THEREFORE, the Parties stipulate and agree as follows:

1. The Parties agree to continue the August 1, 2013 OSC preliminary injunction hearing to August 30, 2013 at 9:00 a.m.

2. The Parties agree that the July 19, 2013 TRO (Doc.#16, attached hereto as Exhibit A) shall remain in effect through August 30, 2013, or until a preliminary injunction has issued, whichever occurs first.

DATED: July 31, 2013                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Danielle L. Ochs
    DANIELLE L. OCHS
    BECKI D. GRAHAM
    Attorneys for Plaintiff
    TOPPAN PHOTOMASKS, INC.


DATED: July 31, 2013                    THE BERNSTEIN LAW GROUP, P.C.


By: /s/ Marc Bernstein
    MARC BERNSTEIN
    WILL FITTON
    Attorneys for Defendant
    KEUN TAEK PARK


### ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Marc Bernstein.

Dated: July 31, 2013                    /s/ Danielle L. Ochs
                                        DANIELLE L. OCHS
                                        BECKI D. GRAHAM
                                        Attorneys for Plaintiff

////
////
////
////
////
////
////
////

## [PROPOSED] ORDER

For good cause showing, the Court grants the relief requested with the following modifications to allow for adequate review between the filing of the reply and the date of the hearing:

1. The TRO and OSC issued against Park on July 19, 2013 (Doc. #16, attached hereto as Exhibit A), shall be extended by agreement of the party, and order of this Court, to August 30, 2013, or until a preliminary injunction has issued, whichever occurs first.

2. The August 1, 2013 OSC preliminary injunction hearing is continued to August 30, 2013 at 9:00 a.m.

3. Any opposition brief shall be filed on or before ~~August 20, 2013~~ August 16, 2013. Any reply brief shall be filed on or before ~~August 28, 2013~~ August 23, 2013.

Dated: _____July 31_____, 2013         _____
                                        MAXINE M. CHESNEY
                                        UNITED STATES DISTRICT JUDGE

15590895.2