IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAPPAN PHOTO MASKS, INC, <br><br>   Plaintiff, <br> v. <br><br> KEUN TAEK PARK, <br><br>   Defendant. <br> _____ / | No. C 13-3323 MMC <br><br> **ORDER REFERRING TO MAGISTRATE JUDGE PARTIES' DISCOVERY DISPUTE** |

Pursuant to Civil Local Rule 72-1, the parties' discovery dispute, as described in their Joint Discovery Letter Brief, filed August 12, 2103, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

The Magistrate Judge to whom the matter is assigned will advise the parties as to how that Magistrate Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing. The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

**IT IS SO ORDERED.**

Dated: August 12, 2013

MAXINE M. CHESNEY
United States District Judge