1  DANIELLE L. OCHS, CA Bar No. 178677
   danielle.ochs@ogletreedeakins.com
2  BECKI D. GRAHAM, CA Bar No. 238010
   becki.graham@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA  94105
5  Telephone:    415.442.4810
   Facsimile:    415.442.4870
6
7  Attorneys for Plaintiff
   TOPPAN PHOTOMASKS, INC.
8

9  MARC N. BERNSTEIN, CA Bar No. 145837
   mbernstein@blgrp.com
10 WILL B. FITTON, CA Bar No. 182818
   wfitton@blgrp.com
11 THE BERNSTEIN LAW GROUP. P.C.
   555 Montgomery St., Suite 1650
12 San Francisco, CA 94111
   Telephone:    415.765.6633
13 Facsimile:    415.283.4804

14 Attorneys for Defendant
   KEUN TAEK PARK

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPPAN PHOTOMASKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEUN TAEK PARK, an individual, <br><br> Defendant. | Case No.  3:13-cv-03323-MMC <br><br> **STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER** <br><br> Complaint Filed:  July 15, 2013 <br> Trial Date: <br> Judge:          Hon. Maxine M. Chesney |

Case No.:  3:13-cv-03323-MMC
**STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER**

**STIPULATED PRELIMINARY INJUNCTION**

WHEREAS, on July 17, 2013, Plaintiff Toppan Photomasks, Inc. ("Plaintiff" or "TPI") filed the above-captioned action against Defendant Keun Taek Park ("Defendant" or "Park") (collectively, the "Parties") for alleged violation of the California Uniform Trade Secrets Act based on his alleged acquisition of TPI's trade secrets, and breach of contract in connection with his alleged breach of multiple confidentiality agreements between the Parties.

WHEREAS, on July 19, 2013, the Court issued a temporary restraining order and order to show cause why a preliminary injunction should not issue ("OSC") against Park on the grounds that TPI had demonstrated a substantial likelihood of success on the merits of its claims against Park. The Court further found that Plaintiff has demonstrated that, without an order from this Court, TPI will suffer irreparable harm, that the balance of hardships strongly favors TPI, and that issuance of a temporary restraining order and OSC were in the public interest.

WHEREAS, the Court set an OSC hearing for August 1, 2013, which the Court subsequently continued to August 30, 2013, upon stipulation of the Parties.

WHEREAS, the Parties now wish to stipulate and agree to the issuance of a preliminary injunction, as set forth herein, in lieu of the August 30, 2013 OSC hearing (and agree to request that the Court so order).

NOW THEREFORE, the Parties stipulate and agree as follows:

1. The Parties agree that during the pendency of this action or until the Court otherwise orders, Defendant (and anyone acting on his behalf who receives actual notice of this Stipulation and Proposed Order) is hereby preliminarily restrained and enjoined as follows:

   a. Defendant is enjoined from accessing TPI's computer systems or networks;

   b. Defendant is enjoined from possessing, using or disclosing any of TPI's trade secrets related to its plasma creation and dry etching processes including but not limited to the information contained in the Excel file entitled "work_daily tracking.xlsx" and the Word file entitled "work_daily.doc", both of which were attached to an email dated November 29, 2012 sent from KT.Park@photomasks.com to parkindresden@yahoo.com with a subject line entitled "files" (hereinafter "Trade Secrets"); and

1   Case No.: 3:13-cv-03323-MMC
STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER

    c. Defendant is required to account for (through expedited discovery) and return to TPI any and all of TPI's property, including its Trade Secrets obtained by Defendant from TPI;

  2. No security is required in this matter.  There is no realistic likelihood of harm to Defendant from enjoining his conduct as set forth above.

  3. The Parties shall abide by the confidentiality agreement and stipulated protective order filed in this case governing the use and disclosure of confidential information in connection with this litigation.

  4. The August 30, 2013, OSC hearing set in this matter is vacated.

DATED:  August 21, 2013      OGLETREE, DEAKINS, NASH, SMOAK &
                  STEWART, P.C.

              By: /s/ Becki D. Graham
                 DANIELLE L. OCHS
                 BECKI D. GRAHAM
                 Attorneys for Plaintiff
                 TOPPAN PHOTOMASKS, INC.

DATED:  August 21, 2013      THE BERNSTEIN LAW GROUP, P.C.

              By: /s/ Marc N. Bernstein
                 MARC N. BERNSTEIN
                 WILL B. FITTON
                 Attorneys for Defendant
                 KEUN TAEK PARK

**STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER**

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Marc N. Bernstein.

Dated: August 21, 2013

      /s/ Becki D. Graham
DANIELLE L. OCHS
BECKI D. GRAHAM
Attorneys for Plaintiff

**[PROPOSED] ORDER**

**SO ORDERED.**

Dated: August 21, 2013

*(signature)*
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

15733936.3

3  Case No.: 3:13-cv-03323-MMC
**STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER**