DANIELLE L. OCHS, CA Bar No. 178677
danielle.ochs@ogletreedeakins.com
BECKI D. GRAHAM, CA Bar No. 238010
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:  415.442.4810
Facsimile:  415.442.4870

Attorneys for Plaintiff
TOPPAN PHOTOMASKS, INC.


MARC N. BERNSTEIN, CA Bar No. 145837
mbernstein@blgrp.com
WILL B. FITTON, CA Bar No. 182818
wfitton@blgrp.com
THE BERNSTEIN LAW GROUP. P.C.
555 Montgomery St., Suite 1650
San Francisco, CA 94111
Telephone:  415.765.6633
Facsimile:  415.283.4804

Attorneys for Defendant
KEUN TAEK PARK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPPAN PHOTOMASKS, INC., | Case No. 3:13-cv-03323-MMC |
| Plaintiff, | **STIPULATED PRELIMINARY INJUNCTION AND [PROPOSED] ORDER** |
| vs. | Complaint Filed: July 15, 2013 |
| KEUN TAEK PARK, an individual, | Trial Date: |
| Defendant. | Judge:        Hon. Maxine M. Chesney |

**STIPULATED PRELIMINARY INJUNCTION**

WHEREAS, on July 17, 2013, Plaintiff Toppan Photomasks, Inc. ("Plaintiff" or "TPI") filed the above-captioned action against Defendant Keun Taek Park ("Defendant" or "Park") (collectively, the "Parties") for alleged violation of the California Uniform Trade Secrets Act based on his alleged acquisition of TPI's trade secrets, and breach of contract in connection with his alleged breach of multiple confidentiality agreements between the Parties.

WHEREAS, on July 19, 2013, the Court issued a temporary restraining order and order to show cause why a preliminary injunction should not issue ("OSC") against Park on the grounds that TPI had demonstrated a substantial likelihood of success on the merits of its claims against Park.  The Court further found that Plaintiff has demonstrated that, without an order from this Court, TPI will suffer irreparable harm, that the balance of hardships strongly favors TPI, and that issuance of a temporary restraining order and OSC were in the public interest.

WHEREAS, the Court set an OSC hearing for August 1, 2013, which the Court subsequently continued to August 30, 2013, upon stipulation of the Parties.

WHEREAS, the Parties now wish to stipulate and agree to the issuance of a preliminary injunction, as set forth herein, in lieu of the August 30, 2013 OSC hearing (and agree to request that the Court so order).

NOW THEREFORE, the Parties stipulate and agree as follows:

1. The Parties agree that during the pendency of this action or until the Court otherwise orders, Defendant (and anyone acting on his behalf who receives actual notice of this Stipulation and Proposed Order) is hereby preliminarily restrained and enjoined as follows:

   a. Defendant is enjoined from accessing TPI's computer systems or networks;

   b. Defendant is enjoined from possessing, using or disclosing any of TPI's trade secrets related to its plasma creation and dry etching processes including but not limited to the information contained in the Excel file entitled "work_daily tracking.xlsx" and the Word file entitled "work_daily.doc", both of which were attached to an email dated November 29, 2012 sent from KT.Park@photomasks.com to parkindresden@yahoo.com with a subject line entitled "files" (hereinafter "Trade Secrets"); and

    c. Defendant is required to account for (through expedited discovery) and return to TPI any and all of TPI's property, including its Trade Secrets obtained by Defendant from TPI;

  2. No security is required in this matter.  There is no realistic likelihood of harm to Defendant from enjoining his conduct as set forth above.

  3. The Parties shall abide by the confidentiality agreement and stipulated protective order filed in this case governing the use and disclosure of confidential information in connection with this litigation.

  4. The August 30, 2013, OSC hearing set in this matter is vacated.

DATED:  August 21, 2013       OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                By: /s/ Becki D. Graham  
                  DANIELLE L. OCHS  
                  BECKI D. GRAHAM  
                  Attorneys for Plaintiff  
                  TOPPAN PHOTOMASKS, INC.

DATED:  August 21, 2013       THE BERNSTEIN LAW GROUP, P.C.

                By: /s/ Marc N. Bernstein  
                  MARC N. BERNSTEIN  
                  WILL B. FITTON  
                  Attorneys for Defendant  
                  KEUN TAEK PARK

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Marc N. Bernstein.

Dated: August 21, 2013

/s/ Becki D. Graham
DANIELLE L. OCHS
BECKI D. GRAHAM
Attorneys for Plaintiff

**[PROPOSED] ORDER**

**SO ORDERED.**

Dated: August 21, 2013

MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

15733936.3