1  DANIELLE L. OCHS, State Bar No. 178677
   dot@ogletreedeakins.com
2  BECKI D. GRAHAM, State Bar No. 238010
   becki.graham@ogletreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, CA 94105
5  Telephone:  415.442.4810
   Facsimile:  415.442.4870
6
   Attorneys for Plaintiff
7  TOPPAN PHOTOMASKS, INC.

8  MARC N. BERNSTEIN, CA Bar No. 145837
   mbernstein@blgrp.com
9  WILL B. FITTON, CA Bar No. 182818
   wfitton@blgrp.com
10 THE BERNSTEIN LAW GROUP. P.C.
   555 Montgomery St., Suite 1650
11 San Francisco, CA 94111
   Telephone:  415.765.6633
12 Facsimile:  415.283.4804

13 Attorneys for Defendant
   KEUN TAEK PARK
14

15                    UNITED STATES DISTRICT COURT

16                    NORTHERN DISTRICT OF CALIFORNIA

17

| 18 | TOPPAN PHOTOMASKS, INC., | Case No. 3:13-cv-03323-MMC |
|---|---|---|
| 19 | Plaintiff, | **JOINT REQUEST FOR A SETTLEMENT CONFERENCE** ; ORDER |
| 20 | v. | |
| 21 | KEUN TAEK PARK, an individual, | Complaint Filed: July 17, 2013<br>Trial Date:  Not Set |
| 22 | Defendant. | Judge:  Hon. Maxine M. Chesney |

## STIPULATION

Pursuant to Local Rule 7-3, Plaintiff Toppan Photomasks Inc. ("TPI") and Defendant Keun Taek Park ("Park") (collectively "the Parties"), hereby stipulate and agree to submit to a settlement conference before a Magistrate Judge.

DATED: October 15, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Danielle Ochs
DANIELLE OCHS
BECKI D. GRAHAM
Attorneys for Plaintiff
TOPPAN PHOTOMASKS, INC.

DATED: October 15, 2013

THE BERNSTEIN LAW GROUP, P.C.

By: /s/ Marc. N. Bernstein
MARC N. BERNSTEIN
WILL B. FITTON
Attorneys for Defendant
KUEN TAK PARK

## ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Marc Bernstein.

DATED: October 15, 2013

/s/ Danielle Ochs
DANIELLE OCHS
BECKI D. GRAHAM
Attorneys for Plaintiff
TOPPAN PHOTOMASKS, INC.

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties and ADR Local Rule 7-3, the Parties are hereby ordered to submit to a settlement conference before a Magistrate Judge to be identified by the Court. at the October 18, 2013, Case Management Conference.

**SO ORDERED.**

Dated: October 16, 2013

_____
HONORABLE MAXINE M. CHESNEY

16105763.1