| | |
|---|---|
| 1 | DANIELLE L. OCHS, State Bar No. 178677 |
| | dot@ogletreedeakins.com |
| 2 | BECKI D. GRAHAM, State Bar No. 238010 |
| | becki.graham@ogletreedeakins.com |
| 3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | Steuart Tower, Suite 1300 |
| 4 | One Market Plaza |
| | San Francisco, CA  94105 |
| 5 | Telephone:    415.442.4810 |
| | Facsimile:    415.442.4870 |

Attorneys for Plaintiff
TOPPAN PHOTOMASKS, INC.

MARC N. BERNSTEIN, CA Bar No. 145837
mbernstein@blgrp.com
WILL B. FITTON, CA Bar No. 182818
wfitton@blgrp.com
THE BERNSTEIN LAW GROUP. P.C.
555 Montgomery St., Suite 1650
San Francisco, CA 94111
Telephone:    415.765.6633
Facsimile:    415.283.4804

Attorneys for Defendant
KEUN TAEK PARK

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPPAN PHOTOMASKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEUN TAEK PARK, an individual, <br><br> Defendant. | Case No. 3:13-cv-03323-MMC <br><br> **JOINT REQUEST FOR A SETTLEMENT CONFERENCE** ; ORDER <br><br> Complaint Filed: July 17, 2013 <br> Trial Date:  Not Set <br> Judge:  Hon. Maxine M. Chesney |

Case No. 3:13-cv-03323-MMC
JOINT REQUEST FOR A SETTLEMENT CONFERENCE

## STIPULATION

Pursuant to Local Rule 7-3, Plaintiff Toppan Photomasks Inc. ("TPI") and Defendant Keun Taek Park ("Park") (collectively "the Parties"), hereby stipulate and agree to submit to a settlement conference before a Magistrate Judge.

DATED: October 15, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Danielle Ochs
DANIELLE OCHS
BECKI D. GRAHAM
Attorneys for Plaintiff
TOPPAN PHOTOMASKS, INC.

DATED: October 15, 2013

THE BERNSTEIN LAW GROUP, P.C.

By: /s/ Marc. N. Bernstein
MARC N. BERNSTEIN
WILL B. FITTON
Attorneys for Defendant
KUEN TAK PARK

## ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Marc Bernstein.

DATED: October 15, 2013

/s/ Danielle Ochs
DANIELLE OCHS
BECKI D. GRAHAM
Attorneys for Plaintiff
TOPPAN PHOTOMASKS, INC.

# [PROPOSED] ORDER

Pursuant to the Stipulation of the Parties and ADR Local Rule 7-3, the Parties are hereby ordered to submit to a settlement conference before a Magistrate Judge to be identified by the Court. at the October 18, 2013, Case Management Conference.

**SO ORDERED.**

Dated: October 16, 2013

_____
HONORABLE MAXINE M. CHESNEY

16105763.1