**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPPAN PHOTOMASKS, INC., | No. C 13-3323 MMC |
| Plaintiff, | |
| v. | **ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION FOR SANCTIONS AND MOTION TO SEAL** |
| KEUN TAEK PARK, | |
| Defendant. | |

Pursuant to Civil Local Rule 72-1, plaintiff's Motion for Sanctions, filed December 20, 2013, plaintiff's Administrative Motion to File Under Seal, filed December 20, 2013, and and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

After the parties have met and conferred, see Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute; up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties as to how that Magistrate Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.

The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

The January 24, 2014 hearing noticed before the undersigned is VACATED.

**IT IS SO ORDERED**.

Dated: December 23, 2013

MAXINE M. CHESNEY
United States District Judge

2