1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TOPPAN PHOTOMASKS, INC.,

      Plaintiff,

  v.

KEUN TAEK PARK,

      Defendant.
_____/

No. C 13-3323 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION FOR SANCTIONS AND MOTION TO SEAL**

      Pursuant to Civil Local Rule 72-1, plaintiff's Motion for Sanctions, filed December 20, 2013, plaintiff's Administrative Motion to File Under Seal, filed December 20, 2013, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

      After the parties have met and conferred, see Civil L.R. 37-1, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute; up to 12 pages of attachments may be added. The joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings > Motions - General > Discovery Letter Brief." The Magistrate Judge to whom the matter is assigned will advise the parties as to how that Magistrate Judge intends to proceed. The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.

1    The parties will be advised of the date, time and place of the next appearance, if

2  any, by notice from the assigned Magistrate Judge's chambers.

3    The January 24, 2014 hearing noticed before the undersigned is VACATED.

4    **IT IS SO ORDERED**.

5

6  Dated:  December 23, 2013

7                                         MAXINE M. CHESNEY
                                          United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2