UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPPAN PHOTOMASKS, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEUN TAEK PARK, <br><br> Defendant. | Case No.  13-cv-03323-MMC   (JCS) <br><br> **ORDER RE MOTION FOR SANCTIONS** |

The parties are in violation of Judge Chesney's December 23, 2013 order.  The parties have not met and conferred, and have not filed a joint letter regarding Plaintiff's Motion for Sanctions, as required by the December 23, 2013 order.  The parties are hereby ordered to meet and confer in person, and file a joint letter, within seven (7) days from the date of this order.

**IT IS SO ORDERED**.

Dated: January 21, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge