1  MARC N. BERNSTEIN (SBN 145837)
2  mbernstein@blgrp.com
   WILL B. FITTON (SBN 182818)
3  wfitton@blgrp.com
4  THE BUSINESS LITIGATION GROUP, P.C.
   555 Montgomery Street, Suite 1650
5  San Francisco, CA 94111
6  Telephone: 415.765.6633
   Facsimile: 415.283.4804
7
8  Attorneys for Defendant
   KEUN TAEK PARK
9
10
11                    UNITED STATES DISTRICT COURT
12                  NORTHERN DISTRICT OF CALIFORNIA
                         SAN FRANCISCO DIVISION
13
14

15 | TOPPAN PHOTOMASKS, INC.,           | Case No. 3:13-cv-3323 MMC
16 |                                    |
   |     Plaintiff,                     | STIPULATION AND [PROPOSED]
17 |                                    | ORDER REGARDING DISCOVERY
18 |     vs.                            |
   |                                    | Complaint Filed: July 17, 2013
19 | KEUN TAEK PARK, an individual,     | Trial Date: November 10, 2014
20 |                                    | Judge: Hon. Maxine M. Chesney
   |     Defendant.                     |
21

22
23
24
25
26
27
28

**DISCOVERY STIPULATION AND [PROPOSED] ORDER**   Case No. 3:13cv3323MMC

# STIPULATION

Plaintiff Toppan Photomasks, Inc. (TPI) and Defendant Keun Taek Park (collectively "the Parties"), participated in a settlement conference before Magistrate Judge Corley on March 7, 2014. The Parties have a subsequent settlement conference before Magistrate Judge Corley scheduled for April 28, 2014. In order to facilitate preparations for the April 28 settlement conference, the Parties stipulate and request that the following dates in the Pretrial Preparation Order (Dkt. No. 53) be modified as follows:

- Non-Expert Discovery Cutoff extended from April 14, 2014 to June 9, 2014;
- Designation of Experts extended from May 2, 2014 to June 9, 2014;
- Designation of Rebuttal Experts extended from May 30, 2014 to June 23, 2014; and
- Expert Discovery Cutoff extended from June 27, 2014 to July 7, 2014.

The Parties are not requesting that any other dates in the Pretrial Preparation Order be extended at this time.

The Parties further stipulate and request that (a) prior to the April 28, 2014 settlement conference, the Parties will serve no additional discovery on each other except that Mr. Park may serve written discovery on TPI regarding the May 3, 2013 email Mr. Park sent himself at CGI, and its attachment; and (b) that the Parties may nonetheless follow-up on incomplete discovery already served on each other. So stipulated.

DATED: March 14, 2014        THE BUSINESS LITIGATION GROUP, P.C.

By:     /s/ Marc N. Bernstein

MARC N. BERNSTEIN
WILL B. FITTON

Attorneys for Defendant
KEUN TAEK PARK

1
DISCOVERY STIPULATION AND [PROPOSED] ORDER     Case No. 3:13cv3323MMC

| | |
|---|---|
| DATED: March 14, 2014 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br><br>By:   /s/ Danielle Ochs<br>DANIELLE OCHS<br>BECKI D. GRAHAM<br><br>Attorneys for Plaintiff<br>TOPPAN PHOTOMASKS, INC. |

### ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from Danielle Ochs.

### ORDER

IT IS SO ORDERED.

Dated: March 17, 2014            _____
                               Honorable Maxine M. Chesney
                               United States District Judge

2
DISCOVERY STIPULATION AND [PROPOSED] ORDER   Case No. 3:13cv3323MMC