1  MARC N. BERNSTEIN (SBN 145837)
2  mbernstein@blgrp.com
   WILL B. FITTON (SBN 182818)
3  wfitton@blgrp.com
   THE BUSINESS LITIGATION GROUP, P.C.
4  555 Montgomery Street, Suite 1650
5  San Francisco, CA 94111
   Telephone: 415.765.6633
6  Facsimile: 415.283.4804
7
8  Attorneys for Defendant
   KEUN TAEK PARK
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TOPPAN PHOTOMASKS, INC., | Case No. 3:13-cv-3323 MMC |
|---|---|
| Plaintiff, | AMENDED STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL PREPARATION ORDER |
| vs. | |
| KEUN TAEK PARK, an individual, | Complaint Filed: July 17, 2013 |
| Defendant. | Trial Date: November 10, 2014 |
| | Judge: Hon. Maxine M. Chesney |

**AMENDED STIP AND [PROPOSED] ORDER MODIFYING TRIAL PREP ORDER  Case No. 3:13cv3323MMC**

# STIPULATION

Plaintiff Toppan Photomasks, Inc. (TPI) and Defendant Keun Taek Park (collectively "the Parties"), participated in a settlement conference before Magistrate Judge Corley on April 28, 2014 where progress was made toward resolving this matter.  In order to facilitate further settlement discussions, the Parties stipulate and request that the following dates in the Pretrial Preparation Order (Dkt. No. 53) and Stipulation and Order Regarding Discovery (Dkt. No. 77) be modified as follows:

- Non-Expert Discovery Cutoff extended from June 9, 2014 to July 11, 2014;
- Designation of Experts extended from June 9, 2014 to August 1, 2014;
- Designation of Rebuttal Experts extended from June 23, 2014 to August 29, 2104;
- Expert Discovery Cutoff extended from July 7, 2014 to August 29, 2014;
- Dispositive Motions filing deadline extended from July 18, 2014 to September 19, 2014;
- Meet and Confer (Civil Local Rule 16-10(b)(5)) extended from September 22, 2104 to December 9, 2014;
- Pretrial Conference Date extended from October 28, 2104 at 3:00 pm to April 7 ~~January 13~~, 2015 at 3:00 pm;
- Jury Trial Date extended from November 10, 2014 at 9:00 am to April 20, 2015 at 9:00 am, Courtroom 7, 19th Floor.

The Parties further stipulate and request that

(a) prior to May 28, 2014, the Parties will serve no additional discovery on each other;

(b) that the Parties may nonetheless follow-up on incomplete discovery already served on each other; and

1  (c) this stipulation is not intended to affect Magistrate Judge Spero's determination of when to schedule a hearing on Plaintiff's pending Motion for Sanctions.  Plaintiff requests that a hearing be set at the Court's earliest convenience.

So stipulated.

| DATED:  May 8, 2014 | THE BUSINESS LITIGATION GROUP, P.C. |
|---|---|
| | By:   /s/  Marc N. Bernstein |
| | MARC N. BERNSTEIN<br>WILL B. FITTON |
| | Attorneys for Defendant<br>KEUN TAEK PARK |
| DATED:  May 8, 2014 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | By:   /s/ Danielle Ochs |
| | DANIELLE OCHS<br>BECKI D. GRAHAM |
| | Attorneys for Plaintiff<br>TOPPAN PHOTOMASKS, INC. |

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from Danielle Ochs.

**ORDER**

IT IS SO ORDERED.

Dated: May 9, 2014

_____
Honorable Maxine M. Chesney
United States District Judge