UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOPPAN PHOTOMASKS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KEUN TAEK PARK,<br><br>　　　　Defendant. | Case No. 13-cv-03323-MMC   (JCS)<br><br>**ORDER RE: DEFENDANT'S REQUEST FOR LEAVE TO FILE MOTION FOR RECONSIDERATION; STAYING ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Re: Dkt. Nos. 88, 89 |

On June 9, 2014, Defendant filed a letter requesting leave to file a motion for reconsideration of the Court's order granting in part and denying in part Plaintiff's motion for sanctions ("Order on Sanctions"). *See* Dkt. Nos. 88, 89.

The Court orders that Plaintiff shall file a response to Defendant's request for leave to file a motion for reconsideration by 12:00 p.m. on June 12, 2014. Further, the Court STAYS its Order on Sanctions pending the Court's receipt of Plaintiff's response, and the Court's ruling on Defendant's request for leave to file a motion for reconsideration. All aspects of the Order on Sanctions are stayed, including the deadline for a stipulated briefing schedule regarding attorney's fees and the deadline for objecting to the Order on Sanctions.

**IT IS SO ORDERED.**

Dated: June 11, 2014

JOSEPH C. SPERO
United States Magistrate Judge