MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Defendant
KEUN TAEK PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOPPAN PHOTOMASKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEUN TAEK PARK, an individual, <br><br> Defendant. | Case No. 3:13-cv-3323 MMC <br><br> STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL PREPARATION ORDER <br><br> Complaint Filed: July 17, 2013 <br> Trial Date: April 20, 2015 <br> Judge: Hon. Maxine M. Chesney |

**STIPULATION AND [PROPOSED] ORDER MODIFYING TRIAL PREP ORDER    Case No. 3:13cv3323MMC**

# STIPULATION

Plaintiff Toppan Photomasks, Inc. (TPI) and Defendant Keun Taek Park (collectively "the Parties"), have been engaging in settlement talks since their last phone check-in with Magistrate Judge Corley on May 22, 2014, and progress is being made toward resolving this matter.  In order to facilitate further settlement discussions, the Parties stipulate and request that the following dates in the Pretrial Preparation Order (Dkt. No. 53) and Stipulations and Orders Regarding Discovery (Dkt. Nos. 77 & 86) be modified as follows:

- Non-Expert Discovery Cutoff extended from July 11, 2014 to September 12, 2014;
- Designation of Experts extended from August 1, 2014 to October 3, 2014;
- Designation of Rebuttal Experts extended from August 29, 2014 to October 24, 2014;
- Expert Discovery Cutoff extended from August 29, 2014 to November 14, 2014;
- Dispositive Motions filing deadline extended from September 19, 2014 to December 19, 2014;
- Meet and Confer (Civil Local Rule 16-10(b)(5)) extended from December 9, 2014 to March 3, 2015;

The Pretrial Conference Date remains April 7, 2015 at 3:00 pm and the Jury Trial Date remains April 20, ~~2014~~ 2015 at 9:00 am, Courtroom 7, 19th Floor.

In addition, to facilitate further settlement discussions, the Parties further stipulate and request that:

(a) all discovery is stayed until August 11, 2014, after which the Parties may not serve new written discovery on each other without mutual agreement or order of the Court; and

---

1

**STIPULATION AND [PROPOSED] ORDER MODIFYING TRIAL PREP ORDER     Case No. 3:13cv3323MMC**

1  (b) the filing of a briefing schedule stipulation and the further briefing ordered
2  by Magistrate Judge Spero in his May 29, 2014 and June 17, 2014 Orders on TPI's
3  Motion for Sanctions be stayed until August 11, 2014, after which date the Parties
4  shall file within eleven days a briefing schedule stipulation.

6  SO STIPULATED.

7  DATED:  June 20, 2014           THE BUSINESS LITIGATION GROUP, P.C.

8                                  By:     /s/  Marc N. Bernstein

9                                  MARC N. BERNSTEIN
                                   WILL B. FITTON

11                                 Attorneys for Defendant
                                   KEUN TAEK PARK

14 DATED:  June 20, 2014           OGLETREE, DEAKINS, NASH, SMOAK &
                                   STEWART, P.C.

16                                 By:     /s/ Danielle Ochs

17                                 DANIELLE OCHS
                                   BECKI D. GRAHAM

19                                 Attorneys for Plaintiff
                                   TOPPAN PHOTOMASKS, INC.

## ATTESTATION OF CONCURRENCE IN FILING

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from Danielle Ochs.

DATED: June 20, 2014          THE BUSINESS LITIGATION GROUP, P.C.

By:     /s/  Marc N. Bernstein


Attorneys for Defendant
KEUN TAEK PARK


## ORDER

IT IS SO ORDERED~~.~~, and with the approval of Magistrate Judge Spero.

Dated: June 25, 2014          _____

Honorable Maxine M. Chesney
United States District Judge


~~IT IS SO ORDERED.~~

~~Dated:_____          _____~~

~~Honorable Joseph C. Spero~~
~~United States District Judge~~