DANIELLE L. OCHS, CA Bar No. 178677
danielle.ochs@ogletreedeakins.com
BECKI D. GRAHAM, CA Bar No. 238010
becki.graham@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Plaintiff
TOPPAN PHOTOMASKS, INC.

MARC N. BERNSTEIN (SBN 145837)
mbernstein@blgrp.com
WILL B. FITTON (SBN 182818)
wfitton@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Defendant
KEUN TAEK PARK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TOPPAN PHOTOMASKS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEUN TAEK PARK, an individual, <br><br> Defendant. | Case No. 3:13-cv-3323 MMC <br><br> AMENDED STIPULATION AND [PROPOSED] ORDER MODIFYING PRETRIAL PREPARATION ORDER <br><br> Complaint Filed: July 17, 2013 <br> Trial Date:  April 20, 2015 <br> Judge: Hon. Maxine M. Chesney |

**STIPULATION**

Plaintiff Toppan Photomasks, Inc. (TPI) and Defendant Keun Taek Park (collectively "the Parties"), have been engaging in settlement talks since the Court issued the June 20, 2014 Stipulation and Order Modifying Trial Prep Order (Dkt. No. 94), and continued progress is being made toward resolving this matter. In order to facilitate further settlement discussions, the Parties stipulate and request that the following dates in the Pretrial Preparation Order (Dkt. No. 53) and Stipulations and Orders Regarding Discovery (Dkt. Nos. 77 & 86 & 94) be modified as follows:

- Non-Expert Discovery Cutoff extended from September 12, 2014 to October 3, 2014;
- Designation of Experts extended from October 2, 2014 to October 24, 2014;
- Designation of Rebuttal Experts extended from October 24, 2014 to November 14, 2014;
- Expert Discovery Cutoff extended from November 14, 2014 to December 5, 2014;

Dispositive Motions filing deadline remains December 19, 2014. The Meet and Confer date (Civil Local Rule 16-10(b)(5)) remains March 3, 2015. The Pretrial Conference date remains April 7, 2015 at 3:00 pm and the Jury Trial date remains April 20, 2015 at 9:00 am, Courtroom 7, 19th Floor.

In addition, to facilitate further settlement discussions, the Parties further stipulate and request that:

(a) all discovery is stayed until September 2, 2014, after which the Parties may not serve new written discovery on each other without mutual agreement or order of the Court; and

(b) the filing of a briefing schedule stipulation and the further briefing ordered by Magistrate Judge Spero in his May 29, 2014 and June 17, 2014 Orders on TPI's Motion for Sanctions be stayed until September 2, 2014, after which date the Parties shall file within eleven days a briefing schedule stipulation.

SO STIPULATED.

DATED: August 13, 2014          THE BUSINESS LITIGATION GROUP, P.C.

                                By:         /s/ Will B. Fitton
                                MARC N. BERNSTEIN
                                WILL B. FITTON

                                Attorneys for Defendant
                                KEUN TAEK PARK


DATED: August 13, 2014          OGLETREE, DEAKINS, NASH, SMOAK &
                                STEWART, P.C.

                                By:         /s/ Danielle L. Ochs
                                DANIELLE L. OCHS
                                BECKI D. GRAHAM

                                Attorneys for Plaintiff
                                TOPPAN PHOTOMASKS, INC.

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from Will B. Fitton.

DATED: August 13, 2014

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:  /s/ Danielle L. Ochs

Attorneys for Plaintiff
TOPPAN PHOTOMASKS, INC.

**ORDER**

IT IS SO ORDERED., with the exception of page 1, paragraph (b), which stipulation must be submitted for approval to Magistrate Judge Spero.

Dated: August 15, 2014

Honorable Maxine M. Chesney
United States District Judge

18694273.1