1 | DANIELLE L. OCHS, State Bar No. 178677
dot@ogletreedeakins.com
2 | BECKI D. GRAHAM, State Bar No. 238010
becki.graham@ogletreedeakins.com
3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
4 | One Market Plaza
San Francisco, CA  94105
5 | Telephone:   415.442.4810
Facsimile:    415.442.4870

Attorneys for Plaintiff
TOPPAN PHOTOMASKS, INC.

MARC N. BERNSTEIN, State Bar No. 145837
mbernstein@blgrp.com
WILL B. FITTON State Bar No. 182818
wfitton@blgrp.com
THE BUSINESS LITIGATION GROUP, P.C.
555 Montgomery Street, Suite 1650
San Francisco, CA 94111
Telephone: 415.765.6633
Facsimile: 415.283.4804

Attorneys for Defendant
KEUN TAEK PARK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOPPAN PHOTOMASKS, INC., | Case No. 3:13-cv-03323-MMC |
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT** AND ORDER THEREON |
| v. | Complaint Filed: July 17, 2013 |
| KEUN TAEK PARK, an individual, | Trial Date:  April 20, 2015 |
| | Judge:  Hon. Maxine M. Chesney |
| Defendant. | |

Plaintiff Toppan Photomasks, Inc. ("Plaintiff") and Defendant Keun Taek Park ("Defendant") (collectively "the Parties"), through their respective counsel, hereby inform the Court that they have reached agreement on the material terms of a conditional settlement of this action. Accordingly, the Parties intend to cease all litigation activities and prepare a formal settlement agreement. The Parties estimate that the conditions of settlement should be satisfied within 60 days.

In light of the above, the Parties jointly request that the Court take all pending Court dates off-calendar.

IT IS SO STIPULATED.

DATED: September 3, 2014          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Danielle Ochs
    DANIELLE OCHS
    BECKI D. GRAHAM
    Attorneys for Plaintiff
    TOPPAN PHOTOMASKS, INC.

DATED: September 3, 2014          THE BUSINESS LITIGATION GROUP, P.C.


By: /s/ Will B. Fitton
    MARC N. BERNSTEIN
    WILL B. FITTON
    Attorneys for Defendant
    KEUN TAEK PARK

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Civil Local Rule 5-1(i)(3), I attest the concurrence in the filing of this document has been obtained from Will B. Fitton.

DATED: September 3, 2014

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Danielle Ochs
DANIELLE OCHS
BECKI D. GRAHAM
Attorneys for Plaintiff
TOPPAN PHOTOMASKS, INC.

**ORDER**

IT IS SO ORDERED. Further, the parties shall file a joint status report no later than November 14, 2014.

Dated: September 4, 2014

Honorable Maxine M. Chesney
United States District Judge

18837066.1