1 | DANIELLE L. OCHS, CA Bar No. 178677
danielle.ochs@ogletreedeakins.com
2 | BECKI D. GRAHAM, CA Bar No. 238010
becki.graham@ogletreedeakins.com
3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
4 | One Market Plaza
San Francisco, CA  94105
5 | Telephone:     415.442.4810
Facsimile:      415.442.4870
6
7 | Attorneys for Plaintiff
TOPPAN PHOTOMASKS, INC.
8
9 | MARC N. BERNSTEIN, CA Bar No. 145837
mbernstein@blgrp.com
10 | WILL B. FITTON, CA Bar No. 182818
wfitton@blgrp.com
11 | THE BUSINESS LITIGATION GROUP. P.C.
555 Montgomery St., Suite 1650
12 | San Francisco, CA 94111
Telephone:     415.765.6633
Facsimile:      415.283.4804
13
14 | Attorneys for Defendant
KEUN TAEK PARK

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| TOPPAN PHOTOMASKS, INC., | Case No.  3:13-cv-03323-MMC |
|---|---|
| Plaintiff, | **STIPULATION AND ~~PROPOSED~~ DISMISSAL ORDER** |
| vs. | Complaint Filed: July 15, 2013 |
| KEUN TAEK PARK, an individual, | Trial Date:       April 20, 2015 |
| Defendant. | Judge:             Hon. Maxine M. Chesney |

**STIPULATION AND ~~PROPOSED~~ DISMISSAL ORDER**

WHEREAS, on July 17, 2013, Plaintiff Toppan Photomasks, Inc. ("Plaintiff" or "TPI") filed the above-captioned action (the "Litigation") against Defendant Keun Taek Park ("Defendant" or "Mr. Park") (collectively, the "Parties")

WHEREAS, the Parties now wish to end the litigation, and agreed as a basis for doing so to stipulate and agree to the issuance of a permanent injunction (see Doc. No. 104);

WHEREAS, on December 3, 2014, the Court issued the requested permanent injunction (See Doc. No. 105); and

WHEREAS, the Parties now wish to request that the Court dismiss this action.

NOW THEREFORE, the Parties stipulate and request the Court to issue the Dismissal in the form attached as Exhibit A.

IT IS SO STIPULATED.

DATED: January 7, 2015            OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Danielle Ochs
    DANIELLE L. OCHS
    BECKI D. GRAHAM
    Attorneys for Plaintiff
    TOPPAN PHOTOMASKS, INC.


DATED: January 7, 2015            THE BUSINESS LITIGATION GROUP, P.C.


By: /s/ Will B. Fitton
    MARC N. BERNSTEIN
    WILL B. FITTON
    Attorneys for Defendant
    KEUN TAEK PARK

**ATTESTATION OF CONCURRENCE IN FILING**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Danielle L. Ochs.

Dated: January 7, 2015

          /s/ Will B. Fitton
MARC N. BERNSTEIN
WILL B. FITTON
Attorneys for Defendant

**[PROPOSED] ORDER**

Based on the Parties' stipulation, and for good cause shown, IT IS SO ORDERED. The Clerk of the Court is directed to enter the proposed form of ~~judgment~~ order attached as Exhibit A as the Court's final judgment in this matter. All other existing dates and deadlines in this matter are hereby vacated and this matter is adjudged dismissed. Each party to bear its own fees and costs.

IT IS SO ORDERED.

Dated: _____ January 8, 2015

/s/ Maxine M. Chesney
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE