# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TOPPAN PHOTOMASKS, INC., | Case No. 3:13-cv-03323-MMC |
| Plaintiff, | [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE |
| vs. | |
| KEUN TAEK PARK, an individual, | |
| Defendant. | |

The Court having been informed by counsel that the parties wish to end this action, and the permanent injunction stipulated by the parties having been entered by the Court on December 3, 2014,

**IT IS ORDERED** that this action is **dismissed with prejudice.**

The permanent injunction entered in this matter, by its terms, shall survive the dismissal of this action, and the Court shall retain jurisdiction over the parties and this matter for the duration of the injunction. The Parties are to bear their own fees and costs.

Dated: _____January 8_, 2015           _____
                                          MAXINE M. CHESNEY
                                          UNITED STATES DISTRICT JUDGE